No. 04–10425. WILSON v. EARLY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10426. VILLASENOR v. CALIFORNIA VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10427. WASHINGTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10428. CUNNINGHAM v. OHIO. Sup. Ct. Ohio. Certiorari denied. 

No. 04–10430. BADRU v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 04–10431. VIRGO v. UNITED STATES CUSTOMS SERVICE. C. A. 2d Cir. Certiorari denied. 

No. 04–10432. BLOUNT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10434. WILSON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 04–10435. BECKER v. BRADSHAW, WARDEN. Ct. App. Ohio, Richland County. Certiorari denied.

No. 04–10436. WALKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 04–10438. WINDOLFF v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10439. ULLRICH v. SONNEN, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 04–10440. WILLIAMS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA. C. A. 4th Cir. Certiorari denied. 

No. 04–10441. THOMAS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.